# IN THE COURT OF APPEALS OF IOWA

No. 24-0164
Filed January 23, 2025

**STATE OF IOWA,**
          Plaintiff-Appellee,

**vs.**

**KASSY CARREN FLORES,**
          Defendant-Appellant.
_____

          Appeal from the Iowa District Court for Linn County, Russell G. Keast,

Judge.


          A criminal defendant attempts to appeal a simple-misdemeanor conviction.

**APPEAL DISMISSED.**


          William Monroe, Burlington, for appellant.

          Brenna Bird, Attorney General, and Adam Kenworthy, Assistant Attorney

General, for appellee.


          Considered by Ahlers, P.J., and Badding and Buller, JJ.

**BULLER, Judge.**

Kassy Flores bit a police officer and resisted arrest. Although she was also convicted of an indictable offense in the district court, Flores only attempts to appeal her conviction for interference with official acts, a simple misdemeanor in violation of Iowa Code section 719.1(1)(b) (2022). But her conviction was entered following trial by jury with the full procedures of the district court, so she cannot appeal as a matter of right. *See Tyrrell v. Iowa Dist. Ct.*, 413 N.W.2d 674, 675 (Iowa 1987) ("We do not believe it was the intent of the legislature that a person actually convicted of a simple misdemeanor under district court procedures should have an appeal as a matter of right."); Iowa Code § 814.6(1)(a)(1). While Flores could have sought discretionary review under section 814.6(2)(d), she did not do so by application, motion, or brief.

To invoke our extraordinary jurisdiction by discretionary review, Flores had to "state with particularity the grounds upon which discretionary review should be granted." Iowa R. App. P. 6.106(1)(e). She has not offered any reason justifying discretionary review. And the issues raised in her brief are largely unpreserved, except for a routine sufficiency challenge she was not required to make below after the supreme court's decision in *State v. Crawford*, 972 N.W.2d 189, 201 (Iowa 2022). We find Flores received "substantial justice" in the district court. Iowa R. App. P. 6.106(2).

To the extent we could construe Flores's appellate brief as an application for discretionary review, *see* Iowa R. App. 6.151, we deny the application. And we dismiss this attempted appeal for lack of jurisdiction.

**APPEAL DISMISSED.**